DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEVI DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-232 AWI |
| Plaintiff, | |
| v. | **STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY;  AND ORDER THEREON** |
| LEVI DOMINGUEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between defendant Levi Dominguez and plaintiff United States of America, through their respective attorneys of record, that the property bond posted for the pre-trial release of defendant be exonerated, and that title to the following described property be reconveyed to Jesus S. Hernandez and Maria R. Hernandez:

> 10509 San Gorgonio St.
> Lamont, CA, 93241
> Recorder No. 0205232975

On August 22, 2005, Mr. Dominguez appeared before Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a property bond in the amount of $50,000.  A certified deed of trust and straight note were provided to this court on September 28, 2005, receipt number 100 202367, San Joaquin County deed No. 0205232975.

On February 12, 2007,  Mr. Dominguez appeared before District Court Judge Anthony W. Ishii and changed his plea to guilty.  Pursuant to the plea agreement, Mr. Dominguez was remanded to custody

at that time after complying with all conditions of his pretrial release.  He was sentenced on May 9, 2007.

DATED:  June 18, 2007                    UNITED STATES ATTORNEY
                                         McGREGOR W. SCOTT


                                         /s/ Kathleen A.  Servatius
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED:  June 18, 2007                    DANIEL J. BRODERICK
                                         Federal Defender


                                          /s/ Eric Kersten
                                         ERIC KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant


# O R D E R

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property, San Joaquin County Recorder Document No. 0205232975, be reconveyed to Jesus S. Hernandez and Maria R. Hernandez.

IT IS SO ORDERED.

**Dated:   June 19, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Exonerate Property Bond and
Reconvey Property
                                         2